IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:11-CV-00578-D

| | | |
|---|---|---|
| SYLVIA JEAN BATTLE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of | ) | |
| Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

Upon application of the Plaintiff,

It is ORDERED that the Commissioner of Social Security pay to plaintiff's attorney, as assignee for plaintiff, the sum of $3,850.00 in attorney fees in full satisfaction of any and all claims arising under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d). Such payments should be sent to:

Michael B. Sosna
Attorney for the Plaintiff
Sosna Law Offices
3210 Zebulon Road
Rocky Mount, NC 27804

Upon the payment of such sums, this case is dismissed with prejudice.

This is the __27__ day of July, 2012.

James C. Dever III
United States District Judge